UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:19-cr-00133 |
| SEAN DEANTHONY SMITH, | ) ) ) |
| Defendant. | ) |

## ORDER

Defendant Sean Deanthony Smith's Motion to Continue Status Conference or to Waive Defendant's Presence (Doc. No. 25) **GRANTED**. The status conference scheduled for August 6, 2020, is continued to **September 14, 2020** at 1:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE